

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00693-CR

The **STATE** of Texas,
Appellant

v.

Hector **SAREGUI-MENDOZA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK001353D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting Hector Saregui-Mendoza's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 13, 2023.

_____
Rebeca C. Martinez, Chief Justice